**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

-and-

John R. Luze (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

**COOLEY LLP**
Cullen D. Speckhart (VSB 79096)
Olya Antle (VSB 83153)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

*Co-Counsel to the Reorganized Debtors*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| RETAIL GROUP, INC., *et al.*,[1] | ) | Case No. 20-33113 (KRH) |
| Reorganized Debtors. | ) | (Jointly Administered) |

**FINAL DECREE CLOSING CERTAIN CHAPTER 11 CASES**

1 A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at http://cases.primeclerk.com/ascena. The location of Reorganized Debtor Mahwah Bergen Retail Group, Inc.'s principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is 933 MacArthur Boulevard, Mahwah, New Jersey 07430.

Upon the motion (the "Motion")[2] of the above-captioned reorganized debtors (collectively, the "Reorganized Debtors" or, prior to emergence, the "Debtors") for entry of a final decree (this "Final Decree") closing certain of the chapter 11 cases, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b) and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Reorganized Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted to the extent provided herein.

2. The Cases, as identified on **Schedule 1** attached hereto, are hereby closed effective upon entry of this Final Decree.

3. The Lead Case of Mahwah Bergen Retail Group, Inc., captioned *In re Retail Group, Inc.*, Case No. 20-33113 (KRH), shall remain open pending the entry of a final decree or order by this Court.

---

2 Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

4. Entry of this Final Decree is without prejudice to the rights of the Debtors, the Reorganized Debtors or any other party in interest to seek to reopen the Cases for good cause shown in accordance with section 350(b) of the Bankruptcy Code. Creditors who may require relief from this Court with respect to the Debtors, including for example, with respect to cure disputes, setoff of claims, allowance or disallowance of claims, critical or foreign vendor agreements, or lease assumption/rejection issues, shall be entitled to file motions or adversary proceedings in the Lead Case with respect to all Debtors and shall not be required to file a motion to reopen the Cases to obtain effective relief against any applicable Debtor in the Cases.

5. Notwithstanding anything to the contrary, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

6. The Bankruptcy Court will retain jurisdiction to enforce or interpret its own orders pertaining to the Chapter 11 Cases. Furthermore, the Bankruptcy Court will retain jurisdiction over any matter pending in the Chapter 11 Cases, including final fee applications which shall be filed in the Lead Case.

7. The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

8. For the purposes of calculating quarterly fees payable to the Office of the United States Trustee for the Eastern District of Virginia in accordance with 28 U.S.C. § 1930(a)(6), all disbursements made by the Reorganized Debtors identified on **Schedule 1** up to the date of entry of this Final Decree will be included in the calculation, and the Reorganized Debtors and/or the Plan Administrator shall pay these amounts promptly. No disbursements made by or on behalf of any of the Reorganized Debtors identified on **Schedule 1** after the date of entry of this Final

Decree will be included in subsequent calculations, and no minimum quarterly fees will be payable in respect of the Cases on **Schedule 1** for periods after entry of this Final Decree.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Final Decree.

Dated: Mar 17 2021
Richmond, Virginia

/s/ Kevin R Huennekens
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Mar 17 2021

WE ASK FOR THIS:

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

-and-

John R. Luze (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Co-Counsel to the Reorganized Debtors*

*/s/ Cullen D. Speckhart*
**COOLEY LLP**
Cullen D. Speckhart (VSB 79096)
Olya Antle (VSB 83153)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

**CERTIFICATION OF ENDORSEMENT**
**UNDER LOCAL BANKRUPTCY RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

/s/ *Cullen D. Speckhart*

## Schedule 1

## Fully Administered Cases

| Debtor Name | Case Number |
|---|---|
| 933 INSPIRATION LLC | 20-33117 |
| ANN CARD SERVICES, INC. | 20-33120 |
| ANN, INC. | 20-33122 |
| ANNCO, INC. | 20-33125 |
| ANNTAYLOR DISTRIBUTION SERVICES, INC. | 20-33126 |
| ANNTAYLOR OF PUERTO RICO, INC. | 20-33130 |
| ANNTAYLOR RETAIL, INC. | 20-33132 |
| ANNTAYLOR, INC. | 20-33134 |
| ASCENA RETAIL HOLDINGS, INC. | 20-33136 |
| ASCENA TRADE SERVICES, LLC | 20-33140 |
| ASNA PLUS FASHION, INC. | 20-33141 |
| ASNA VALUE FASHION LLC | 20-33142 |
| BACKINGBRANDS BUYING AGENT, LLC | 20-33143 |
| BACKINGBRANDS SOLUTIONS, LLC | 20-33146 |
| C.S.F. CORP. | 20-33147 |
| CATALOG RECEIVABLES LLC | 20-33148 |
| CATALOG SELLER LLC | 20-33149 |
| CATHERINES #5124, INC. | 20-33151 |
| CATHERINES #5147, INC. | 20-33153 |
| CATHERINES STORES CORPORATION | 20-33155 |
| CATHERINES, INC. | 20-33158 |
| CCTM, INC. | 20-33160 |
| CHARMING SALES CO. FOUR, INC. | 20-33162 |
| CHARMING SALES CO. ONE, INC. | 20-33164 |
| CHARMING SALES CO. THREE, INC. | 20-33166 |
| CHARMING SALES CO. TWO, INC. | 20-33173 |
| CHARMING SHOPPES OF DELAWARE, INC. | 20-33174 |
| CHARMING SHOPPES RECEIVABLES CORP. | 20-33175 |
| CHARMING SHOPPES SELLER, INC. | 20-33176 |
| CHARMING SHOPPES STREET, INC. | 20-33114 |
| CHARMING SHOPPES, INC. | 20-33115 |
| CHESTNUT ACQUISITION SUB INC. | 20-33116 |
| CROSSTOWN TRADERS, INC. | 20-33118 |
| CS HOLDCO II INC. | 20-33119 |
| CSGC, INC. | 20-33121 |
| CSI INDUSTRIES, INC. | 20-33123 |
| CSPE, LLC | 20-33124 |
| DBCM HOLDINGS, LLC | 20-33112 |
| DBI HOLDINGS, INC. | 20-33127 |
| DBX, INC. | 20-33128 |
| DULUTH REAL ESTATE LLC | 20-33129 |
| ETNA RETAIL DC, LLC | 20-33131 |
| FASHION APPAREL SOURCING LLC | 20-33133 |
| FASHION SERVICE FULFILLMENT CORPORATION | 20-33135 |
| FASHION SERVICE LLC | 20-33137 |
| GC FULFILLMENT, LLC | 20-33139 |
| LANE BRYANT #6243, INC. | 20-33144 |

| Debtor Name | Case Number |
|---|---|
| **LANE BRYANT OF PENNSYLVANIA, INC.** | **20-33145** |
| **LANE BRYANT OUTLET 4106, INC.** | **20-33150** |
| **LANE BRYANT PURCHASING CORP.** | **20-33152** |
| **LANE BRYANT, INC.** | **20-33154** |
| **PSTM, INC.** | **20-33156** |
| **SONSI, INC.** | **20-33157** |
| **SPIRIT OF AMERICA, INC.** | **20-33159** |
| **TOO GC, LLC** | **20-33161** |
| **TWEEN BRANDS AGENCY, INC.** | **20-33163** |
| **TWEEN BRANDS DIRECT SERVICES INC.** | **20-33165** |
| **TWEEN BRANDS INVESTMENT, LLC** | **20-33167** |
| **TWEEN BRANDS MARKETING, INC.** | **20-33168** |
| **TWEEN BRANDS SERVICE CO.** | **20-33169** |
| **TWEEN BRANDS, INC.** | **20-33170** |
| **WINKS LANE, INC.** | **20-33171** |
| **WORLDWIDE RETAIL HOLDINGS, INC.** | **20-33172** |